IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA A. DURAN,<br><br>       Plaintiff,<br><br>   v.<br><br>SANTA CLARA COUNTY,<br><br>       Defendant. | Case No. 18-cv-04832-CRB<br><br>**ORDER TO SHOW CAUSE** |

In August 2018, Plaintiff Maria Duran sued Defendant Santa Clara County. See Compl. (dkt. 1). That same month, Magistrate Judge Cousins denied Duran's motion to proceed in forma pauperis and set a deadline of September 12, 2018, for Duran to submit an amended IFP application or to pay the Court's filing fee. See Order (dkt. 7). The case was reassigned to the undersigned Judge on August 27, 2018. Since then, nothing has happened. Accordingly, the Court hereby orders Duran to show cause why this case should not be dismissed for failure to pay the filing fee and failure to prosecute. Duran may file a response to this order on or before September 22, 2021.

**IT IS SO ORDERED.**

Dated: September 8, 2021

_____
CHARLES R. BREYER
United States District Judge