# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA A. DURAN, | Case No. 18-cv-04832-CRB |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| SANTA CLARA COUNTY, | |
| Defendant. | |

On September 9, 2021, the Court ordered pro se Plaintiff Maria A. Duran to show cause by September 22, 2021 why her case should not be dismissed for failure to prosecute. See OSC (dkt. 12). Duran has failed to timely respond to the Court's show cause order. Accordingly, this case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: October 7, 2021

CHARLES R. BREYER
United States District Judge