IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA A. DURAN,<br><br>    Plaintiff,<br><br>  v.<br><br>SANTA CLARA COUNTY,<br><br>    Defendant. | Case No. 18-cv-04832-CRB<br><br>**JUDGMENT** |

Having dismissed this case under Federal Rule of Civil Procedure 41(b), see Order (dkt. 13), the Court hereby ENTERS JUDGMENT for Defendant Santa Clara County and against Plaintiff Maria Duran.

**IT IS SO ORDERED.**

Dated: December 15, 2021

_____
CHARLES R. BREYER
United States District Judge